In The District Court of
The United State of America
for The Middle District of Alabama
Norther Division

2005 SEP 20 A 10:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

John Edward White )
  (Plaintiff) )
 )
Montgomery City Jail ) CASE NO. 2:05cv895-T
Col Bender (737) )
Col Johnson (791) )
Col Green (993) )
Col Scott (1204) )
Col McKenzie (1480) )
  (Defendants) )
 )

## Complaint

On 25 August 2005 while I was in two cell on suicide watch officer Bender was making a cell check. Inmate Sankey made a flase complaint that I was masterbation. I told her that Sankey had a bad smell to his body, and I told her Sankey wasn't taken care his hygene. She had ignore what I was telling her. She start listen to Sankey statement. Thats when she told him to defend him self, however he sees fit. She told him to "whip my butt" and "she'll back him up. Sankey spit in my face and then he swung on me. I grabbed him in self defense. I was trying to protect myself.

By any means necessary. Thats when C/O Bender started spraying me down with her mace, and she was joined by four more officers. I was being sprayed by 5 cans of mace. Why scuffle with Inmate Sankey he managed to bite me on my hand and he bit me in my chest. My eye witnessed said they saw officer Bender beating me on top of my head with her mace can after it was empty. I began suffering a serious ASTHMA ATTACK and I needed IMMEDIATE MEDICAL ATTENTION. They took me out of the cell and they had move me to a small cage. I was in their for aleast 2 and a half hours waiting for the paramedics to show up. I was in excrusiating pain. It was no nurse on duty; this a MAJOR VIOLATION of the jail POLICY. They was constantly telling me the paramedics was on the way. They left all that mace on me the whole time I was waiting for the paramedics to come and get me for my astham attack. I was having a serious ASTHAM ATTACK I had one of my inhaling pump with me. I used all of that. They was bring me big bags to breathe in none of that was helping me. Also the jail staff refused to photograpa my INJURIES DESPITE my requests. I was eventually transported in a police cruiser to Baptist Hospital. That was another MAJOR VIOLATION of the city jail policy officer Bender and the other officers acted

IRRATIONALLY AND THEY CAUSED THIS INJURIES ON ME. She did this BECAUSE She had A PERSONAL VENDETTA AGAINST ME. THE Scuffle with SANKEY WAS BLOWN OUT OF PROPORTION AND the OFFICERS REACTED with UN-NECESSARY forCE. They USED EXCESSIVE AND UNWARRENTED forCE. AND THEY USE five CANS of MACE <u>Constituted</u> <u>CRUEL</u> AND <u>UNUSUAL</u> forCE. This INCIDENT WAS WITNESSED BY SIX INMATES, AND I HAVE Provided Their NAMES ON the Affidavit, OFFERED AS EVIDENCE. MY INJURIES ARE Document, ON the ER. TREATMENT Document OFFERED AS EVIDENCE. I HAVE DEVELOPED INSOMNIA AND I FEAR for my life while I AM INCARCERATED At the montgomery City Jail. I RESPECTFULLY REQUEST that This CouRt GRANT to ME AN AWARD that ACCURATELY REFLECTS the ACTUAL PAIN I ENDURED AS WELL AS the STRESS AND MENTAL ANGUISH I HAVE Suffered AS A DIRECT RESULT of this INCIDENT.

9-15-05
DATE

*John E. White*
RESPECTFULLY SUBMITTED BY
JOHN EDWARD White

ACKNOWLEDGEMENT

State of ALABAMA
County of montgomery

BEFORE ME PERSONALLY APPEARED John E. White

9-15-05
DATE

Lisa Hampton Davis
*Lisa Hampton Davis*
NOTARY PUBLIC   STATE OF ALABAMA

MY COMISSION EXPIRES 03-17-09

## Affidavit

8-25/05

I do solemnly swear that I (John White) am - at this time refuting the fact that the incident occured in the mannor that it did, this statement (the inmate disciplinary report) states under the facts about violations) — Doug Sankey made a complaint to officer Bender about John White — masterbating - and a fowl smell due to this action. the inmates. of 2 cell will testify that this not - the case. the actual facts are that Douglas Sankey made a direct accuzation that John White was masterbating over him which was a false and untrue statement this accuzation was witnessed by all the inmates in this cell. At this particular, time officer Bender backed Mr. Sankey's accuzation and took sides with Sankey instructing, and him defend his self as he saw fit. the inmates that in (2-cells) said they heard Mrs. Bender, telling Mr. Sankey's to (Jump me!) and he did just that, by spiting in my face, and he bit me and then he swung on me. Mrs. Bender was standing right their watching him do this to me. At this point. an altercation ensued and both inmates - were sprayed. I John White was excessively sprayed. by officer Bender she was all over me with the mace. then she start beating me in my head with the can! then I start suffered an imeadiate and serious ⟶

(ASTHMA ATTACK) AS A RESULT OF, the EXCISSIVE CRUEL UNUSAL PUNISHMENT, I WHITE WAS TRANSPORTED, to the HOSPITAL FOR EMT. (EMERGANCY MEDICAL TREATMENT.) AT BAPTEST HOSPITAL. ONLY AFTER SITTING IN EXCRUSIATING PAIN FOR ATLEAST 2 IN A HALF HOURS, BECAUSE of the fact that THERE WAS NO NURSE ON duty. (which IS AlSO A-Violation of- the Montgomery City JAIL Policy.) NO PICTURES of this INCIDENT WERE TAKEN. CAPTURING NO PROOF of INJURY. (I WAS LACK OF medical ATTENTION.) ON the JAIL PRIMISIS. I feel that officer BENDER, ACTED IRRATIONALLY, AND WITH A PERSONAL VENDETTA Against ME. OVER the PAST ACCUSATIONS Steming From A SERIES of Negative COMMENTS EXCHARGED ON both of OUR PARTS. OVER MASTERBATION AND OTHER ISSUE AS IN HER OWN STATEMENT SHE WAS READY to Put ME IN ISOLATION AND NOT TAKE ANY Action AGAINST MR. SANKE WHERE AS I feel both of us Should have been EQUAL disciplined. IN Closing I feel that the whole - INCIDENT WAS A PERSONAL ATTACK AGAINST ME AND - my PERSONAL WELFARE while INCARCERATED At th' City JAIL. These officers USED UN-NESSARSARY Force AGAINST ME. C.O.I BENDER (#737) C.O.I. JOHNSON (#791) C.O.I GREEN (#993) C.O.I SCOTT (#1204) C.O.I McKENZIE (#1480) they WAS NO WARRENTED of this SITUATION of the MAGNATUIDE IN OTHER WORDS IT WAS NOT that SERIOUS, I SUFFERED the most out of EVERYONE who WAS

INVOLVED. EVERY INMATES IN 2-CELLS WAS HIT by that MACE, They WAS gaging And Coughing. Those officers Empty their (CANS of MACE ON ME that WAS VERY CRUEL) but for the last time I will say that officer BENDER had It IN for me And Acted over Aggrisuelly. AFTER being SPRAYED down with the mace, my Astham CAN ON REAL Hard, they Kept telling me the PARA-medic, WAS ON the WAY. I WAITED AND WAITED, I Still didn't SEE Any Sign of them. Two officers Showed up, they ESCORTED me to the Hospital. IN my Opinion they Should have waited for PROPER MEDICAL ATTENTION, INSTEAD OR letting me DRIVE IN the officers CAR, - I Could have died.

I have Retained of made copies of this letter to forward to the federal marshall, my Attorney Julien McPhillips And my family members. Thank you once again WARDEN Collins for taking the time to listen to myside of this INCdent.

THESE ARE my EYE WITNESS!

P'S Also I got BURNT MARKS ON my NECK from their mace.

atached....

My Witness:

Ronald Whitt (4021)

Eric L. Miller (5310)

Joespn White (5225)

Julius R Skinner

Willie Walker (2972)

James Jeter (5454)

I Hereby Swear that this Affidavit is true to the Best of my Knowledge.

This 29th date August 2005

Submitted 8-29-05,
Sign; John E. White
Notory Public Lisa Hampton Davis
Notorized 8-29-05
Commission Expires 03-17-09
Notary's Printed Name Lisa Hampton Davis