### Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CO I Johnson
    Montgomery City Jail
    P. O. Drawer 159
    Montgomery, AL 36195

    05-895 cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: OCT 3 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0071

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

### Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CO I Bender
    Montgomery City Jail
    P. O. Drawer 159
    Montgomery, AL 36195

    05CV 895

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: OCT 3 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0088

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-154

### Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CO I McKenzie
    Montgomery City Jail
    P. O. Drawer 159
    Montgomery, AL 36195

    05-895 cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: OCT 3 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0040

PS Form 3811, February 2004  Domestic Return Receipt  2595-02-M-154