IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-895-MHT |
| | ) |
| OFFICER BENDER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 5, 2006 defendants Bender, Johnson, Green, Scott and McKenzie shall (i) show cause why they failed to file a written report in compliance with the order entered on September 30, 2005, and (ii) file a written report in compliance with such order.

Done this 16th day of March, 2006.

                                                     /s/Charles S. Coody
                                                   CHARLES S. COODY
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE