IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN EDWARD WHITE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv895-MHT |
| | )                 (WO) |
| OFFICER BENDER, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On April 12, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 12).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done this the 17th day of May, 2006.

                                                                    /s/   Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE