IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN EDWARD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv895-MHT |
| ) | (WO) |
| OFFICER BENDER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

Done this the 17th day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE